IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. <u>7:24-cr- 780-DCC</u> |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ELEMENTS |
| JOSEPH F. WALLACE | ) | |

<u>ESSENTIAL ELEMENTS OF VIOLATION OF 18 U.S.C. § 1343</u>

    The crime of using the wire communication in interstate commerce to further a scheme or plan to defraud and to obtain money or property by means of false or fraudulent pretenses, representations, or promises has three (3) essential elements which are:

    <u>ONE</u>:   The defendant knowingly devised or knowingly participated in a scheme or artifice to defraud and to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises as detailed in the indictment;

    <u>TWO</u>: The defendant did so with the intent to defraud; and

    <u>THREE</u>:  In advancing, or furthering, or carrying out this scheme to defraud and to obtain money or property by means of false or fraudulent pretenses, representations, or promises, the defendant transmitted any writing, signal, or sound by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce.

<u>Single Count Indictment</u>

<u>MAXIMUM SENTENCE</u>

1. Fine of $1,000,000.00 and/or

2. Imprisonment for thirty (30) years, and

3. Supervised Release of five (5) years, and

4. Special Assessment of $100.00