## DECLARATION OF JEFFREY MARTIN

The undersigned, Jeffrey Martin, declares as follows:

1. My name is Jeffrey O'Neal Martin. I hold a Bachelor's degree in Mathematics and Economics from Vanderbilt University and a Master's degree in Economics from the University of Chicago.

2. I am employed as a consultant on statistical issues, a consultant on actuarial issues, and as a consultant to political campaigns. I have been qualified as an expert on statistical issues in both federal and state courts.

3. Since 1997, I have been involved in cases involving challenges to the jury lists in both federal and state courts.

4. I have been asked by counsel for Joseph F. Wallace (case number 7:24-cr-00780-DCC-1) to review the construction and implementation of the Master and Qualified Jury Wheel that was used to select trial jurors in this case.

5. To complete the review, I require data as listed in "Attachment - Trial Jury Data" for data relating to the trial jury in this case.

6. I am prepared to answer any questions the Court may have and will be glad to discuss ways in which the data can be delivered that best fits how the Clerk's office operates.

7. The documents and data files requested do not need to be newly created but would refer to documents and data that already exist.

8. The information requested is common to other reviews of federal jury wheels that I have been asked to perform. The information requested herein has been provided to me in connection with my work as an expert in over 20 similar challenges brought on behalf of federal criminal defendants in other federal jurisdictions.

9. In "Attachment - Trial Jury Data" items #1 through #12 do not involve any personal or other information that could be used to identify any individual.

10. In "Attachment - Trial Jury Data" items #13 through #18 inherently include personally identifiable information. A protective order can be made to protect this data and will be faithfully followed.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated this 4th day of December 2025

_____ Jeffrey Martin

1

## ATTACHMENT - TRIAL JURY DATA

1) The Jury Plan for the District of South Carolina currently in effect and, if different in any respect, at the time trial jurors were summoned in this case. This Plan is believed to be the "Amended Jury Selection Plan for the Random Selection of Grand and Petit Jurors (As approved May 30, 2024)".

2) Any AO-12 form created which relates to the District and Divisional Master Jury Wheels and Qualified Jury Wheels that was used to summon the trial jurors in this case as required by 28 U.S.C. § 1863(a).

3) Any AO-12 forms completed in the last ten years.

4) Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheels and Qualified Jury Wheels that was used to summon trial jurors in this case with the Jury Selection Plan in paragraphs 4 and 5, Jury Selection and Service Act, and constitutional requirements.

5) Any document or data detailing the date when the Master Jury Wheel that was used to summon trial jurors, in this case, was refilled as described in the Jury Selection Plan section titled Master Jury Wheel.

6) Any document or data detailing the calculation that ensures each county within each division is substantially proportionately represented as described in the Jury Selection Plan section titled Master Jury Wheel.

7) Any written instructions as provided by the Court as described in the Jury Selection Plan paragraph 6 and the section titled Master Jury Wheel.

8) Any written instructions specifying the process of creating the Master Jury Wheel used by the Clerk or any vendor.

9) A description of the procedures for juror qualification and summons that are;

   - returned as undeliverable from the Postal Service;
   - forms for which a response has not been received;
   - incomplete forms;
   - disqualified, including the person(s) determining the disqualification, the type of disqualification, and the evidence required for each type of disqualification (not a citizen, unable to read or write, unable to speak, mental or physical infirmity, pending charge or conviction);
   - exempted, including the person(s) determining the exemption and the evidence required;
   - excused, including person(s) determining the excusal, the type of excusal, and the evidence required for each type of excusal (over age 70, previous

        jury service, care for children, care for the aged or infirm, volunteer safety personnel, essential to business); and

- temporarily excused, including person(s) determining the temporary excusal, the evidence required for the temporary excusal, the disposition of the potential juror, and the availability for future service.

10) A description of the process of reducing or enlarging panels and the randomized reduction worksheet as described in the Jury Selection Plan Section titled Random Method of Reducing and Enlarging Panels.

11) Any document or data detailing the date when trial jurors were summoned in this case.

12) Any document or data detailing the number of persons summoned from the Master Jury Wheel to be considered as trial jurors in this case.

13) The Divisional Master Jury Wheel data for each division as described in the Jury Selection Plan section titled Master Jury Wheel, in electronic and accessible form that includes Juror ID Number, Name, Address (Street Number, Street, City, State, and Zip Code), Race, Gender, Hispanic Ethnicity, Date of Birth, County and Jury Division.

14) The Divisional Qualified Jury Wheel data for each division as described in the Jury Selection Plan section titled Qualified Jury Wheel, in electronic and accessible form that includes Juror ID Number, Name, Address (Street Number, Street, City, State, and Zip Code), Race, Gender, Hispanic Ethnicity, Date of Birth, County and Jury Division.

15) Status Codes for persons on the Master Jury Wheel. The data should be in electronic and accessible form that includes Juror ID Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification/Exemption/Excuse, Name, Address (Street Number, Street, City, State, and Zip Code), Race, Gender, Hispanic Ethnicity, Date of Birth, County, and Jury Division.

16) Any document or data with the Juror ID Number selected as potential trial jurors in this case.

17) The randomized reduction worksheet, parameters (set interval, target number of jurors), and procedures used in this case.

18) The raw source list of data in electronic form for the Master Jury Wheel that will be used to summon trial jurors in this case as described in the Jury Selection Plan section titled Master Jury Wheel (believed to be the voter registration list). The data should include, as available, Name, Address (Street Number, Street, City, State, and Zip Code), Race, Gender, Hispanic Ethnicity, Date of Birth, County, Status (voter number, voter status, voter ID information) and Jury Division.