IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO.: 7:24-CR-780 |
| v. | **REQUEST FOR PROTECTION** |
| JOSEPH F. WALLACE | |

The United States of America, through its undersigned Assistant United States Attorney, hereby requests protection from court appearances for the dates of March 16-20, 2026. Currently, there are no court dates set for this defendant on the specified dates. Counsel will be out of town on the specified dates.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: s/Winston I. Marosek
Winston I. Marosek (#13189)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Phone: 864-282-2100
Winston.Marosek@usdoj.gov

January 2, 2026