IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 7:24-cr-00780-DCC-1 |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR EXTENSION TO FILE** |
| JOSEPH F. WALLACE | ) | **MOTION ON MERITS** |
| | ) | |

      Joseph F. Wallace moves the Court for an extension of the deadline to file a motion on the merits of his fair cross-section challenge. *See* ECF No. 135. On December 1, 2025, the Court set a January 15, 2026 deadline for Mr. Wallace to file a motion on the merits of his fair cross-section challenge "after review of the produced discovery." *See id.* On December 23, 2025, the Court entered an Order granting in part and denying in part Mr. Wallace's request for discovery on his potential fair cross-section challenge. *See* ECF No. 139. Discovery was produced by the Court to the parties on January 8, 2026. Mr. Wallace seeks additional time to review this discovery, consult with his retained expert,[1] determine whether additional information is needed, and file, if necessary, any motion requesting additional information[2] and/or on the merits. Therefore, Mr. Wallace requests an extension of the January 15, 2026 deadline to February 2, 2026.

      There exists a sufficient showing of good cause to justify an extension of time to file beyond the required time, and the delay neither prejudices the Government nor wastes court resources. F.R.Crim.P. 45(b)(1)(B). Counsel has also conferred with Assistant United States Attorney Bill Watkins who does not object to this Motion.

---

[1] Mr. Wallace's retained expert is on bereavement leave until January 21, 2026, which is part of the reason for the length of the extension request.

[2] Any request for additional information would adhere to the Court's directives in its December 23, 2025 Order, and would be made, if at all, well in advance of the deadline requested in this Motion.

        Respectfully submitted,

        BY: *s/Judea S. Davis*
        Judea Shechinah Davis (D.S.C. Fed. Bar #13440)
        Assistant Federal Public Defender
        75 Beattie Place, Suite 950
        Greenville, South Carolina 29601
        (864) 235-8714
        judea_davis@fd.org

Greenville, SC
January 12, 2026